**Thomas B. GRAYSON, Appellant,**
v.
**UNITED STATES of America,**
**Appellee.**
**No. 11809.**

United States Court of Appeals,
Sixth Circuit.
Dec. 15, 1953.

No appearance for appellant.

G. P. Openlander, Asst. U. S. Atty., Toledo, Ohio, for appellee.

Before SIMONS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This case has been heard and considered on the certified record and on the brief of the appellant and the reply brief and oral argument of the United States Attorney and the Appendix to his brief;

And it appearing that there was no error in the proceedings in the district court, resulting in the conviction of appellant by jury verdict of guilty of wilful violation of section 145(a), Internal Revenue Code, section 145(a), Title 26, United States Code; and it appearing that the jury verdict was upheld by the district judge and is supported by substantial evidence;

The judgment of the district court, imposing sentence on appellant following his conviction by jury verdict, is affirmed; and it is so ordered.

**MARMOR INSURANCE AGENCY,**
**Appellant,**
v.
**MANUFACTURERS FIRE INS. CO.,**
**Appellee.**
**No. 11761.**

United States Court of Appeals,
Sixth Circuit.
Dec. 16, 1953.

Steinfeld & Steinfeld, Louisville, Ky., for appellant.

T. M. Galphin, Jr., Louisville, Ky., for appellees.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause having been heard by the Court on the record, briefs and arguments of counsel for the respective parties;

And the Court being of the opinion that the findings of fact by the District Judge are fully supported by the evidence and are not clearly erroneous, and that there is no error in the conclusions of law drawn by him with respect thereto;

It is ordered that the judgment of the District Court be affirmed.